JAMES HUNT MILLER (CA BAR # 135160)
P.O. Box 10891
OAKLAND CA 94610
P:(510) 451-2132
F:(510) 451-0824
e:jim_miller0@yahoo.com

Attorney for Plaintiff

FILED
2007 JUN 18 PM 2:53
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

Dorothy J. Reed,

    Plaintiff,

vs.

The Commissioner of the
Social Security
Administration,

    Defendant.

No. C07-03198 CW

COMPLAINT FOR
DISABILITY BENEFITS
UNDER THE SOCIAL SECURITY
ACT

    Plaintiff makes the following representations to this court for the purpose of obtaining judicial review of an administrative decision of Defendant that was "Unfavorable" and adverse to Plaintiff:

    1. Plaintiff, whose Social Security Account No. is ...-..-8329, resides in East Palo Alto, San Mateo County, California.

    2. Plaintiff complains in regard to Defendant's decision (dated June 13, 2005) denying Plaintiff's application for Disability Insurance Benefits under Title II of the Social Security Act. As of April 13, 2007 (the date of "Notice of Appeals Council Action"), the decision has become the "final decision of the Commissioner" for purposes of judicial review (see 42 U.S.C. § 405(g)) and it bears the following caption: "In the Case of Dorothy J. Reed (Claimant)"; "Claim for Period of Disability,

1  and Disability Insurance Benefits"; "...-..-8329 (Social Security Number)".

2      3. <u>Jurisdiction.</u> Plaintiff has exhausted administrative remedies in this matter and this court has jurisdiction pursuant to 42 U.S.C. § 405(g).

4      4. Plaintiff would show that certain findings in Defendant's decision, including the determinative findings, were not supported by substantial evidence and/or were reached via mis-application of governing legal standards.

    WHEREFORE Plaintiff seeks judicial review by this court and the entry of judgment for such relief as may be proper, including costs.

DATE: June 18, 2007

James Hunt Miller
Attorney for Ms. Reed