FILED

2007 JUN 18 PM 2:54

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dorothy Reed

              Plaintiff,

vs.

Michael Astrue

              Defendant.

CASE NO. C07-03198  CW

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

      I, Dorothy Reed, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

      In support of this application, I provide the following information:

1.     Are you presently employed?          Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

```
 1  and wages per month which you received.
 2  2002
 3  $9.00 per hr. 40-hrs. per week
 4  _____
 5  2.    Have you received, within the past twelve (12) months, any money from any of the
 6  following sources:
 7        a.   Business, Profession or                Yes ___ No ✓
 8             self employment?
 9        b.   Income from stocks, bonds,             Yes ___ No ✓
10             or royalties?
11        c.   Rent payments?                        Yes ___ No ✓
12        d.   Pensions, annuities, or               Yes ___ No ✓
13             life insurance payments?
14        e.   Federal or State welfare payments,    Yes ✓ No ___
15             Social Security or other govern-
16             ment source?
17  If the answer is "yes" to any of the above, describe each source of money and state the amount
18  received from each.
19  General Assistance $319 per month
20  _____
21  3.    Are you married?                           Yes ___ No ✓
22  Spouse's Full Name: _____
23  Spouse's Place of Employment: _____
24  Spouse's Monthly Salary, Wages or Income:
25  Gross $_____ Net $_____
26  4.    a.   List amount you contribute to your spouse's support: $_____
27        b.   List the persons other than your spouse who are dependent upon you for support
28             and indicate how much you contribute toward their support. (NOTE: For minor
```

-2-

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

_NONE_

5. Do you own or are you buying a home?    Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $ _____

Do you own any cash? Yes ___ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)    Yes ___ No ✓

8. What are your monthly expenses?

Rent: $ _250°° utilities included_ Utilities: _____

Food: $ _Food stamps $124 per mo._ Clothing: _I do not buy clothing_

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| N/A | $ | $ |
|  | $ | $ |
|  | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_Past due medical bills from county hospital $319 +_
_Revenue Services_
_455 County Center_
_P.O. Box 2969_
_Redwood City, CA 94064_

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

June 11, 007                    Dorothy Reed
DATE                             SIGNATURE OF APPLICANT