1  JAMES HUNT MILLER (CA BAR # 135160)
   P.O. Box 10891
2  OAKLAND CA 94610
   P:(510) 451-2132
3  F:(510) 451-0824
   e:jim_miller0@yahoo.com
4
   Attorney for Plaintiff
5

6

7

8         IN THE UNITED STATES DISTRICT COURT FOR
              THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11 | Dorothy J. Reed,                       )
   |                                        )
12 |         Plaintiff,                     )   4:07-cv-03198-CW
   |                                        )
13 |     vs.                                )
   |                                        )   STIPULATION AND ~~PROPOSED~~
14 | Michael J. Astrue,                     )   ORDER FOR EXTENSION OF
   | COMMISSIONER OF the SOCIAL             )   TIME TO FILE PLAINTIFF'S
15 | SECURITY ADMINISTRATION,                )   MOTION FOR SUMMARY
   |                                        )   JUDGMENT AND/OR REMAND
16 |         Defendant.                     )
   | _____  )
17

18      IT IS HEREBY STIPULATED by and between the parties (at Plaintiff's

19 request), through their undersigned attorneys, pursuant to L.R. 6-2(a), and subject to

20 approval of the Court, that Plaintiff may have an extension of 29 days, or from

21 November 5, 2007 to December 4, 2007, in which to file her Motion for Summary

22 Judgment and/or Remand.  Plaintiff's undersigned attorney here declares that: This

23 is Plaintiff's first request for an extension for this or any filing, and the cause is

24 attorney's illness; and There would be no effect on other already-set deadlines, but

25 the schedule potentially would be pushed back 29 days, and Defendant's

26 Cross–Motion would be due 30 days after service of Plaintiff's Motion, as in the

27 Procedural Order for Social Security Review Actions.

28

1 | DATE: November 5, 2007  /s/
2 |                                             James Hunt Miller
Attorney for Plaintiff

DATE: November 5, 2007                    Scott N. Schools
United States Attorney

By:/s/[1]
Donna M. Montaño
Special Assistant U.S. Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: 11/28/07 _____
United States District Judge

---

[1] This signature of Defendant's counsel was authorized on the date shown, as communicated by e-mail and/or telephone to the filer.

Plf's extn - reed v. ssa  No. C07-03198 CW                             2