IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOROTHY J. REED,

    Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____/

No. C 07-03198 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order Denying Plaintiff's Motion for Summary Judgment or Remand and Granting Defendant's Cross-Motion for Summary Judgment,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff Dorothy Reed take nothing, that the action be dismissed on the merits, and that each party bear its own costs of action.

    Dated at Oakland, California, this 22nd day of August, 2008.

                              RICHARD W. WIEKING
                              Clerk of Court

By: *Sheilah Cahill*
      SHEILAH CAHILL
      Deputy Clerk